AO106 (Rev. 12/03) Affidavit for Search Warrant

Case 3:18-mj-00792-BT   Document 1   Filed 11/30/18   Page 1 of 9   PageID 1

SEALED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 30 2018
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

# UNITED STATES DISTRICT COURT

Northern _____ DISTRICT OF   Texas

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

12125 Abrams Road Suite 111, Dallas, Texas

APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT

Case Number: **3-18MJ792-BT**

I,  Michael S. Reuler _____ being duly sworn depose and say:

I am a(n)  Special Agent with Federal Bureau of Investigation (FBI) _____ and have reason to believe
                     Official Title

that  ☐ on the person of or   ☑ on the property or premises known as (name, description and/or location)

See Attachment A, which is attached hereto and incorporated herein by this reference,

in the  Northern _____ District of   Texas,

there is now concealed a certain person or property, namely (describe the person or property to be seized)

See Attachment B, which is attached hereto and incorporated herein by this reference,

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

evidence and instrumentalities of a crime,

concerning a violation of Title  18 _____ United States code, Section(s)  1955 (Illegal Gambling Business)
The facts to support a finding of probable cause are as follows:

See attached Affidavit of Task Force Officer Michael S. Reuler.

Continued on the attached sheet and made a part hereof:   ☑ Yes   ☐ No

_____
Signature of Affiant
TFO Michael Reuler, FBI

Sworn to before me and subscribed in my presence,

Nov. 30, 2018 _____   at   Dallas _____ Texas
Date                                                                                              City                                            State

Rebecca Rutherford          U.S. Magistrate Judge          _____
Name of Judge                   Title of Judge                        Signature of Judge

## Affidavit in Support of Search Warrant

I, Michael S. Reuler, having been duly sworn, do depose and state as follows:

## PREFACE

1. The following affidavit is furnished to support an application for search warrant for 12125 Abrams Road Suite 111, Dallas, Texas (Location A).

2. Location A is located in the Dallas Division of the Northern District of Texas. Location A is an illegal gambling room housed in a strip mall under a fictitious unknown legal business. Location A is located at 12125 Abrams Road Suite 111, Dallas, Texas. Location A is located in an area of Dallas, Texas near the intersection of Interstate Highway 635 and Abrams Road. Location A is more fully described in Attachment A.

3. I believe that probable cause exists that in Location A will contain evidence, fruits, and/or instrumentalities of violations of federal law, specifically 18 U.S.C. § 1955 (Illegal Gambling Business) (collectively the "Target Offenses").

### Background on Affiant

4. I have been employed by the City of Dallas as a Police Officer for approximately eighteen years. I have been a Gang Detective since 2006 and have been a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) since 2012. I have participated in previous investigations of violent crime related to criminal street gangs, investigations of unlawful narcotics distribution, and have conducted or participated in physical and electronic surveillances, the execution of search warrants, debriefing of

**Affidavit in Support of Search Warrants – Page 1**

informants, and the review of taped conversations. Through my training, education, and experience, I have become familiar with the manner in which illegal drugs are transported, stored, distributed, and the methods of payments for such drugs. I am also familiar with the methods by which narcotics traffickers communicate and the code words commonly used by narcotics traffickers.

5. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests, for offenses enumerated in 18 U.S.C. § 2516.

**Background on Investigations Involving Illegal Gambling and Game Rooms**

6. Based on my training and experience, and participation is this investigation and other investigations involving drug trafficking organizations, I know:

7. Location A is an illegal operating gambling game room that is disguised as an unidentified legitimate business from the exterior. The individuals not yet identified operate this gambling game room in the same fashion as a casino would operate in an area where gambling is legal and regulated. The game room consists of several electronic game machines that customers play in order to have the chance of winning a monetary award.

8. Based on Affiant's training and experience as it relates to illegal gambling establishments within the City of Dallas, Affiant knows these establishments are places associated with high rates of criminal activity. These locations are also the targets of armed

robberies because large amounts of cash are typically kept on the premises and suspects committing these armed robberies have little or no threat of law enforcement involvement as these crimes typically go unreported due to the venue being involved in illegal gambling. Other criminal activity that is common to these locations are the sales and use of illegal narcotics. Drug dealers and customers use these locations to facilitate illegal drug sales because there is little or no threat of law enforcement interaction. These locations typically have controlled access and extensive video surveillance systems that allow individuals inside the venue to observe the on goings outside the venue as well as to predetermine the admittance of individuals seeking access to be inside the game room. Wanted individuals frequent these locations for the same reasons previously described. It is also common that individuals who are in charge of these illegal game rooms are involved in various acts of criminal activity other than illegal gambling both by willing participation and an active role or just knowledge of the criminal activity occurring and not reporting the activity due to discovery of the illegal gambling aspect. These locations are also subject to acts of violent crime such as individual robberies and shootings from the criminal elements described previously.

9. These illegal gambling locations bring a dangerous element to the communities in which they operate putting citizens and surrounding business owners at risk of becoming unintended victims of violent crime.

## Background of Investigation

10. I state that based upon my training experience, and the facts set forth herein, there is probable cause to believe that the evidence sought to be located, as fully described in Attachment B, will be located at Location A, as described herein, including all storage places, safes, garages, structures and any automobiles which may be found within the curtilage of the suspected premises. Attachment A is attached hereto and incorporated by reference.

## Probable Cause for Location A

11. In November of 2018, law enforcement agents of the FBI and Dallas Police Department began an investigation in the area where Location A is located due to citizens' complaints about criminal activity occurring in and around Location A. The complaints also were in reference to a shooting that occurred in the parking lot in front of Location A in which the circumstances of the shooting are still unknown. There are several businesses to include a medical clinic, convenience stores, and restaurants around where Location A is located. Based on law enforcements initial observations during covert surveillance it was apparent that there is a high rate of human traffic coming and going from Location A.

12. During this covert surveillance by law enforcement, Agents attempted to stop an individual leaving Location A in which that individual ran from law enforcement personnel who were clearly marked and had identified themselves as law enforcement. This

individual was apprehended and was found to have outstanding arrest warrants out of Collin County Texas.

13. Clearly identified law enforcement agents knocked on the interior door inside the front room of Location A and were granted admittance by an individual suspected to have direct involvement with Location A. Law enforcement detained several individuals inside Location A who were there participating in illegal gambling activities by their own admissions. There were several electronic games observed inside Location A. Law enforcement agents observed a handgun that had been tossed inside the toilet by an unknown individual and a large amount of cash estimated to be in excess of ten thousand dollars that was located throughout the establishment in plain view. Law enforcement did not conduct a complete account of the cash observed to be on hand inside Location A however through Affiant's and other law enforcement personnel's experience in dealing with investigations involving large sums of cash the estimate provided was on the conservative spectrum.

14. The individuals who were there and admitted being there to gamble also admitted to being drug users. The individual who ran from law enforcement and was arrested stated that there were individuals inside Location A selling illegal narcotics aside from gambling.

15. On November 28, 2018, a CHS at the direction of law enforcement was provided with monetary funds by law enforcement and was sent to Location A to attempt a

drug purchase from an individual identified by a separate CHS who is selling methamphetamine and heroin inside the game room.

16. The CHS entered Location A after being challenged by the individuals contacted by law enforcement on the previous interaction with Location A as described above. The CHS was eventually allowed access inside Location A and was told by the individuals in charge of Location A that the first twenty was on the house and everything after that would be at the expense of the CHS. The CHS reported that one of the individuals in control of the location put a twenty-dollar bill into the machine for the CHS to begin playing. The CHS reported playing electronic gaming machines that only accepted cash in twenty-dollar increments and the CHS spent approximately eighty dollars. The CHS also stated there were other individuals inside the location playing the electronic games at the time the CHS was inside Location A.

17. The CHS did not win anything but had the understanding the CHS was playing to win a cash payout. The CHS was unable to locate the individual reported by the separate CHS who was selling drugs inside Location A. Before departing Location A, the CHS was invited back by one of the individuals believed to be in charge of Location A. During a physical surveillance by law enforcement while the CHS was inside Location A, law enforcement observed activity outside Location A that appeared to be hand to hand drug transactions with as of yet unidentified individuals. Some of the individuals believed to be

drug customers were observed entering Location A after the suspected hand-to-hand drug transactions took place.

18. Based upon all of the foregoing examples, as well as other aspects of the investigation, I believe that it is clear that Location A is being used by individuals not yet fully identified by law enforcement as an illegal gambling business and are engaged in gambling activities involving cash in excess of two thousand dollars per day. Agents base this belief on their personal observations and the fact this location is believed to be in operation twenty-four hours a day with numerous individuals frequenting Location A for the purpose of gambling for a monetary payout. Affiant further believes implements of illegal gambling and the proceeds of illegal gambling are being stored and or maintained at Locations A.

19. Further, I believe that the items listed in Attachment "B" will be located at Location A more fully described in Attachment A.

**(The remainder of this page is intentionally left blank.)**

## CONCLUSION

20. This investigation has shown that as of yet individuals who have yet to be completely identified are facilitating illegal gambling and maintaining implements and proceeds of illegal gambling inside Location A, and Location A is a repository for said items.

Michael S. Reuler
Task Force Officer, FBI
Dallas, Texas

Subscribed and sworn to before me this ___30___ day of November, 2018

HON. REBECCA RUTHERFORD
United States Magistrate Judge
Northern District of Texas